**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Felipe SANCHEZ–CAMPOS, Defendant–Appellant.**

No. 06–50531.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 8, 2008.*

Filed Sept. 26, 2008.

Jason Goldberg, Esq., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Martha McNab Hall, Esq., DiIorio & Hall, San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Felipe Sanchez–Campos appeals from the 60–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Sanchez–Campos contends that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is no longer valid and that the fact of a prior conviction must be admitted by the defendant or proved to a jury. This contention is foreclosed. *See United States v. Pacheco–Zepeda,* 234 F.3d 411, 413–14 (9th Cir.2000).

Sanchez–Campos also contends that his sentence is unreasonable because the district court failed to take into account his rehabilitation and the fact that his sentence is much longer than any sentence he

received for prior criminal convictions. We conclude that there was no procedural error and that Sanchez–Campos's sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 990–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

